1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Rebecca M. Ruiz

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10
   REBECCA M. RUIZ,                   ) Case No.:  5:12-cv-02268 RNB
11                                    )
            Plaintiff,                ) ORDER AWARDING EQUAL
12                                    ) ACCESS TO JUSTICE ACT
        vs.                           ) ATTORNEY FEES AND EXPENSES
13                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
   CAROLYN W. COLVIN, Acting          )
14 Commissioner of Social Security,   )
                                      )
15          Defendant                 )
                                      )
16 _____)

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19

20
       IT IS ORDERED that fees and expenses in the amount of $2,900.00 as
21
   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
22
   DATE:  December 23, 2013
23
                                       _____
24                                     THE HONORABLE ROBERT N. BLOCK
                                       UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Steven G. Rosales*
  | _____
4 | Steven G. Rosales
  | Attorney for plaintiff Rebecca M. Ruiz

-2-